# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1494
_____

MARIO ANTEZ KEITH,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Timothy Register, Judge.

June 28, 2019

PER CURIAM.

Appellant claims he is entitled to a new trial because the trial court erred in granting the State's request to strike a juror for cause. We find Appellant's argument meritless, because he failed to preserve the argument by objecting before the jury was sworn. *Carratelli v. State*, 961 So. 2d 312, 318 (Fla. 2007) (requiring counsel to renew an objection before the jury is sworn); *Zach v. State*, 911 So. 2d 1190, 1204 (Fla. 2005) (finding waiver absent a timely objection before the jury is sworn). Absent the required objection, this issue was waived below and is not preserved for appeal. Appellant has not argued or demonstrated fundamental error. We therefore affirm his conviction and sentence.

AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Steven Edward Woods, Assistant Attorney General, Tallahassee, for Appellee.

2